UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUFFY ARCHIVE LIMITED,

           Plaintiff,

- against -

LIBOW UNLIMITED, INC.,

           Defendant.

25-cv-724 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Libow Unlimited, Inc. to answer was February 21, 2025. To date, no answers have been filed.

The time for the defendant to answer or respond to the complaint is extended to **March 10, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **February 28, 2025**.

SO ORDERED.

Dated:    New York, New York
           February 24, 2025

                                            John G. Koeltl
                                        United States District Judge