```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DUFFY ARCHIVE LIMITED,                    25-cv-724 (JGK)

        Plaintiff,                ORDER

- against -

LIBOW UNLIMITED, INC.,

        Defendant.

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Libow Unlimited, Inc. to answer was February 21, 2025. To date, the defendant has not responded to the complaint.

On February 24, 2025, the Court extended to March 10, 2025, the defendant's time to answer or respond to the complaint. ECF No. 10. The Court directed the plaintiff to serve a copy of the February 24, 2025 Order on the defendant and file proof of service on the docket by February 28, 2025. Id. To date, the plaintiff has not filed such proof of service on the docket.

The time to answer or otherwise respond to the complaint is extended to **April 4, 2025**. The plaintiff must serve a copy of this Order on the defendant and file proof of service on the docket by **March 21, 2025**. If the plaintiff fails to file timely such proof of service, this case **may be dismissed for failure to prosecute**. If the plaintiff files timely such proof of service and the defendant fails to respond to the complaint by **April 4, 2025**, such

failure to respond to the complaint could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:   New York, New York
         March 13, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge