UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUFFY ARCHIVE LIMITED,

        Plaintiff,

- against -

LIBOW UNLIMITED, INC.,

        Defendant.

---

25-cv-724 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On March 13, 2025, the Court extended the time to answer or otherwise respond to the complaint to April 4, 2025. ECF No. 11. The Court warned that failure to respond to the complaint by that date could result in a default judgment being entered against the defendant. Id.

To date, the defendant has failed to respond to the complaint. The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **April 18, 2025**.

SO ORDERED.

Dated:    New York, New York
            April 8, 2025

                                            John G. Koeltl
                                      United States District Judge